# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY G. O'NEAL, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,**<br><br>          **PLAINTIFFS,**<br><br>**V.**<br>**NCO FINANCIAL SYSTEMS, INC., A CORPORATION, DOES 1 THROUGH 100, INCLUSIVE**<br><br>          **DEFENDANTS.** | **CASE NO.: 06CV-0016 BEN(NLS)**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**HON. ROGER T. BENITEZ** |

Based upon the Joint Motion for Dismissal filed herewith,

1. The Court dismisses the above captioned case against NCO FINANCIAL SYSTEMS, INC., WITH PREJUDICE consistent with the executed settlement agreement;

2. Magistrate Judge Nita L. Stormes retains jurisdiction for the purposes of enforcing the settlement agreement between the parties NCO FINANCIAL SYSTEMS, INC. and Plaintiff.

IT IS SO ORDERED.

Dated: April 24, 2007

_____
HON. ROGER T. BENITEZ
U.S. DISTRICT JUDGE